UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARBIE GREEN, et al.,

        Plaintiffs,

Case No. 2:24-cv-10917

HONORABLE STEPHEN J. MURPHY, III

v.

GENERAL MOTORS LLC,

        Defendant.

                           /

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

    The parties informed the Court's chambers that they resolved the dispute and filed a notice of settlement on the docket. ECF 20. Because of the resolution, the Court will dismiss the case without prejudice and require the parties to file closing documents dismissing the case with prejudice no later than Monday, April 28, 2025. The Court will retain jurisdiction to resolve any disputes over settlement matters, including reopening the case if the settlement ultimately fails. The Court is most appreciative of the parties' efforts to resolve the case and to keep the Court informed of developments.

    **WHEREFORE**, it is hereby **ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE**.

    **IT IS FURTHER ORDERED** that the Parties must **FILE** their closing

1

documents dismissing the case with prejudice **no later than April 28, 2025**.

This is a final order that closes the case.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: February 27, 2025